FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 2 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER SA09-123 M |
|---|---|
| v. Lonski, Jakub DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ____def____, IT IS ORDERED that a detention hearing is set for __Tuesday, 3/24/09__, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Robert N' Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3/20/09__           _____
                             U.S. District Judge/Magistrate Judge